MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

RANDY LUSKEY (CABN 240915)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7200
    Facsimile: (415) 436-7234
    randall.luskey@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 12-00665 RS |
|     Plaintiff, ) ) ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT FROM OCTOBER 30, 2012 TO NOVEMBER 27, 2012 |
|     v. ) ) | |
| DANIEL SANTIAGO, ) ) ) | |
|     Defendant. ) ) ) | |

On October 30, 2012, the parties in this case appeared before the Honorable Richard Seeborg for a status conference. At that time, the defendant indicated that he wished to have new counsel appointed to represent him in this case. After a motion for new counsel was heard by Magistrate Judge Joseph Spero, new counsel was appointed to represent the defendant on November 6, 2012. Peter Goodman will now represent the defendant. The government has provided discovery to Mr. Goodman and he will need additional time to review and evaluate the discovery and to conduct investigation. The parties jointly request an extension of time until November 27, 2012 and stipulate that time should be excluded from October 30, 2012 to November 27, 2012 for effective preparation of defense counsel and continuity of counsel. The

STIP. & [PROP.] ORDER EXCL. TIME
CR 12-00665 RS                    1

parties represented that granting the continuance was for the reasonable time necessary for effective preparation of defense counsel, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

The parties also agreed that the ends of justice served by granting such a continuance outweighed the best interests of the public and the defendants in a speedy trial. See 18 U.S.C. § 3161(h)(7)(A).

IT IS SO STIPULATED:

                              MELINDA HAAG
                              United States Attorney

DATED: November 9, 2012                       /s/
                              RANDY LUSKEY
                              Assistant United States Attorney

DATED: November 9, 2012                       /s/
                              PETER GOODMAN
                              Attorney for Daniel Santiago

IT IS HEREBY ORDERED that time is excluded under the Speedy Trial Act from October 30, 2012 to November 27, 2012, under 18 U.S.C. § 3161(B)(iv) and 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

DATED: 11/13/12                                           
                                         THE HON. RICHARD SEEBORG
                                         United States District Court Judge