PETER GOODMAN
Attorney at Law
State Bar No. 65975
400 Montgomery Street, Second Floor
San Francisco, California 94104
Telephone: (4l5) 781-8866
Facsimile: (415) 781-2266
E-Mail: goodmanlawoffice@att.net

Attorney for Defendant
DANIEL SANTIAGO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>DANIEL SANTIAGO,<br><br>    Defendant.<br>_____ | CR-12-0665 RS<br><br>STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE AND HEARING DATE FOR PRETRIAL MOTIONS AND CONTINUANCE OF DATE CURRENTLY SET FOR PRETRIAL CONFERENCE |

The United States of America, by its attorneys, Melinda Haag, United States Attorney for the Northern District of California, and Assistant United States Attorneys ("AUSAs") Jonathan Schmidt and Marc Wolf, and defendant DANIEL SANTIAGO, by his attorney, Peter Goodman, hereby submit this Stipulation and [Proposed] Order requesting that the Court set the following briefing schedule for the pretrial motion(s) defense counsel intends to file in this matter: 1) defense counsel shall file any such motion(s) on or before July 16, 2013; 2) the government shall file any opposition to said motion(s) on or before July 30, 2013; 3) defense counsel shall file any reply to the government's opposition to said motions(s) on or before August 2, 2013. The parties request that the Court schedule a hearing on any said motion(s) on August 7, 2013, at 1:30 p.m.

1     The Pretrial Conference in this matter is currently set for July 30, 2013, at 2:00 p.m. The parties further request that the date for the Pretrial Conference be continued to the motion(s) hearing date, August 7, 2013, at 1:30 p.m.

    The parties hereby stipulate and agree that time should properly be excluded pursuant to 18 U.S.C. §§3161(h)(7)(A) and (B)(iv) of the Speedy Trial Act from May 10, 2013, through until August 12, 2013, in the interests of justice and to ensure the effective assistance of counsel.

SO STIPULATED

DATED: July 10, 2013

                              MELINDA HAAG
                              United States Attorney

                By:      /s/
                      MARC WOLF
                      Assistant United States Attorney

SO STIPULATED

DATED: July 10, 2013

                              /s/
                              PETER GOODMAN
                              Attorney for Defendant
                              DANIEL SANTIAGO

<u>ORDER SETTING BRIEFING SCHEDULE AND HEARING DATE FOR PRETRIAL MOTION(S), CONTINUING DATE CURRENTLY SET FOR PRETRIAL CONFERENCE AND EXCLUDING TIME PURSUANT TO 18 U.S.C. §§3161(h)(7)(A) and (B)(iv) OF THE SPEEDY TRIAL ACT</u>

    Based on the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that: 1) defense counsel shall file any pretrial motion(s) in this matter on or before July 16, 2013; 2) the government shall file any opposition to said motion(s) on or before July 30, 2013; 3) defense counsel shall file any reply to the government's opposition to said motions(s) on or before August 2, 2013. The hearing on any said

1 | motion(s) shall be held on August ~~7~~ 6, 2013, at ~~1:30 p.m.~~ 2:30 p.m.  IT IS FURTHER ORDERED
2 | that the Pretrial Conference in this matter be continued from July 30, 2013, at 2:00 p.m.
3 | to August ~~7~~ 6, 2013, at ~~1:30 p.m.~~ 2:30 p.m.

Based on the stipulation of the parties and good cause appearing, the Court finds that time should properly be excluded pursuant to 18 U.S.C. §§3161(h)(7)(A) and (B)(iv) of the Speedy Trial Act from May 10, 2013, through until August 12, 2013, in the interests of justice and to ensure effective assistance of counsel.

DATED: 7/11/13

_____
RICHARD SEEBORG
UNITED STATES DISTRICT COURT JUDGE